Sid Greenberg et al. for use of Personal Loan and Savings Bank, appellees, v. Sidney S. Math, appellant.   Gen. No. 35,284.

Opinion filed December 29, 1931.
Sydney Wolfe, for appellant: Leo Spira, of counsel. Reginald C. Darley, for appellees; Oscar G. Wahlgren, of counsel.
Mr. Justice Scanlan delivered the opinion of the court.